FILED: June 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1520

(3:08-md-01932-GCM)

(3:14-cv-01954-GCM)

_____

In re: FAMILY DOLLAR STORES, INCORPORATED, WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION

-------------------------------

WENDE LAPIERRE

       Plaintiff - Appellant

v.

FAMILY DOLLAR STORES OF GEORGIA, INC.

       Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion to amend the joint appendix and submit a conforming brief, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk